**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| HAL WAGNER STUDIOS, INC., d/b/a WAGNER PORTRAIT GROUP, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | Case No. 09-CV-0031-MJR |
| KRIS ELLIOTT, PAM ELLIOTT, BRAD GUTIERREZ, CINDY HARGRAVE, ROBERT BRAY, PHIL WALKER, and SHARON VANSAGHI, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

**REAGAN, District Judge:**

This Court, having reviewed Plaintiff Hal Wagner Studios, Inc.'s Motion for Expedited Discovery and for an Order Preserving Evidence, hereby **GRANTS** the Motion (Doc. 8). Accordingly, it is hereby **ORDERED** that:

(a) Defendants shall produce documents in response to the First Request for Production of Documents Directed to Defendants, copies of which are attached to Plaintiff's Motion for Expedited Discovery as Exhibit A, **no later than 4:00 p.m. on Friday, January 16, 2009**;

(b) Defendants shall answer the Interrogatories Propounded upon Defendants, copies of which are attached to the Motion for Expedited Discovery of Plaintiff as Exhibit B, **no later than 4:00 p.m. on Friday, January 16, 2009**;

(c) Defendants shall appear for their depositions promptly, as scheduled reasonably through agreement of Plaintiff and Defendants, **commencing three (3) business days following Plaintiff's**

**receipt of responses** from Defendants to Plaintiff's First Set of Interrogatories and First Set of Request for Production of Documents; and

(d) Defendants shall preserve and not destroy, discard, alter, or delete any evidence relating to this lawsuit, whether in hard copy or electronically stored. At a minimum, evidence shall be preserved relating to the employment of Defendants with Wagner, the recruitment and hiring of Defendants by Herff Jones, Inc., and information regarding the business operations or customers of Wagner.

**IT IS SO ORDERED.**

**DATED this 15th day of January 2009.**

**s/ Michael J. Reagan**
**MICHAEL J. REAGAN**
**United States District Judge**