UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HAL WAGNER STUDIOS, INC. D/B/A WAGNER PORTRAIT GROUP, <br><br> Plaintiff, <br><br> v. <br><br><br> KRIS ELLIOTT, PAM ELLIOTT, ROBERT BRAY, PHIL WALKER, SHARON VANSAGHI and HERFF JONES, INC., <br><br> Defendants, | CASE NO. 09-CV-0031-MJR-PMF |

## ORDER ON THE PARTIES' JOINT MOTION
## FOR THE ENTRY OF A PERMANENT INJUNCTION

The Court, having examined the Joint Motion for the Entry of a Permanent Injunction (the "Motion") filed by Hal Wagner Studios, Inc. d/b/a Wagner Portrait Group and Kris Elliott and Pam Elliott, Robert Bray, Phil Walker, Sharon Vansaghi, and Herff Jones, Inc., and being otherwise duly advised in the premises, hereby **GRANTS** the Motion (Doc. 143) and **ORDERS** that the Preliminary Injunction entered through the Court's February 6, 2009 and February 19, 2009 Orders (Docs. 46 & 53) shall be made a Permanent Injunction **until it expires on June 30, 2010**.

**IT IS SO ORDERED.**

**DATED this 13th day of August 2009.**

**s/ Michael J. Reagan**
**MICHAEL J. REAGAN**
**United States District Judge**