**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **Hal Wagner Studios, Inc. d/b/a, Wagner Portrait Group,** | ) |
| **Plaintiff,** | ) |
| **v.** | ) **CAUSE NO. 09-CV-0031-MJR** |
| **Kris Elliott, et al.,** | ) |
| **Defendants.** | ) |

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that upon stipulation of the parties, this cause of action is dismissed with prejudice.

**DATED this 11th Day of September, 2009.**

**JUSTINE FLANAGAN, ACTING CLERK**

**BY: s/Annie McGraw**
**Deputy Clerk**

APPROVED:

*s/Michael J. Reagan*
MICHAEL J. REAGAN
U. S. District Judge